OTTILIA MILLER, as Executrix of WILHELMINA SPITZBART, Deceased, Appellant, *v.* ETHEL H. FRIAR et al., Respondents, et al., Defendants.

Argued January 11, 1944; decided March 2, 1944.

*Lawrence Buonomo* and *Alexander S. Sardo* for appellant.

*Benjamin Machinist* and *Lawrence T. Gresser, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.